UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
FRANK SCHULER,

                Plaintiff,

    -against-

DELAWARE AND HUDSON RAILWAY
COMPANY, INC.,

                Defendant.
-------------------------------------------------------------

**STIPULATION OF DISCONTINUANCE**

**Civil Action No.:**
**08-CV-988**

**TJM/DEP**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, any and all claims against the defendants, and the same are hereby discontinued, with prejudice and on the merits, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: October 5th, 2009

SCARZAFAVA &
BASDEKIS, LLP

By: _____
Theodoros Basdekis
Attorneys for Plaintiff
48 Dietz Street, Suite C
Oneonta, New York 13820

McNAMEE, LOCHNER, TITUS
& WILLIAMS, P.C.

By: _____
Scott A. Barbour
Attorneys for Defendant
677 Broadway
P.O. Box 459
Albany, New York 12201-0459

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge
Dated: October 13, 2009
       Syracuse, NY